# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DURAN SOTO,<br><br>                         Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; AMERICAN SECURITY INSURANCE COMPANY; and DOES 1–50, inclusive,<br>                        Defendants. | Case No. 23-cv-1014-BAS-MMP<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR DISMISSAL WITH PREJUDICE (ECF No. 20)** |

      Before this Court is Parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41. (ECF No. 20.) Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss her action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, or (2) filing a stipulation of dismissal signed by all parties who have appeared. *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require

that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise.  *See* Rule 41(a)(1)(B).  Here, Parties have stipulated otherwise.  (ECF No. 20 at 3:1–6.)

Having considered Parties' request, the Court **GRANTS** the Joint Motion to Dismiss.  (*Id.*)  This case is hereby **DISMISSED** in its entirety **WITH PREJUDICE**, each side bearing his/her/its own fees and costs (except as provided in the confidential settlement agreement).  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: January 23, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Rule 7.2(b), Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.